IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN STANCU,<br>Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No.: 3:14-CV-2876-P |
| | § |
| STARWOOD HOTELS & RESORTS<br>WORLDWIDE INC, et al.,<br>Defendants. | §<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion to Reopen the Case and Refer the Matter Back to Magistrate Judge Irma Ramirez for a Second Settlement Conference,* filed February 19, 2015 (doc. 19) is **DENIED**. *Defendant's Motion to Enforce Court Order and for Sanctions,* filed March 17, 2015 (doc. 31); *Plaintiff's Motion to Invalidate Agreement and For Sanctions,* filed April 16, 2015 (doc. 40); *Plaintiff's Motion to Deny Defendants' Motion to Enforce Court Order and For Sanctions, to Deny Defendants' Second Motion for Sanctions, and Plaintiff's Request for Sanctions,* filed April 20, 2015 (doc. 43); and *Defendant's Second Motion for Sanctions,* filed April 24, 2015 (doc. 47) are **DENIED as moot.**

SIGNED this 16th day of December, 2015.

_____
JORGE A. SOLIS
NORTHERN DISTRICT OF TEXAS